THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: October 31, 2018

Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re: James Batemon,                              Chapter 13 Bankruptcy
       Debtors.                                Case No. 18-22333-BHL

_____

       James Batemon,
          Plaintiff,

          v.                              Adversary Proceeding
                        Case No. 18-02157-BHL

       City Of Milwaukee,
          Defendant

_____

**ORDER APPROVING STIPULATION RESOLVING ADVERSARY PROCEEDING**
_____

       The court has reviewed the stipulation filed October 30, 2018, between the parties resolving the adversary proceeding with respect to the property located at 2852 North 41st Street, Milwaukee, Wisconsin 53216.

       IT IS THEREFORE ORDERED: the stipulation, which is attached to this order, is approved and the parties are authorized to act in accordance with its terms. The adversary proceeding is resolved subject to the conditions stated in the stipulation.

####

Prepared by:
Attorney Paul Strouse
413 N. 2nd Street., Suite 150
Milwaukee, WI 53203
Telephone: (414) 390-0820 & Fax: (414) 220-5115
strouselawoffices@gmail.com

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: James Batemon,<br>Debtors. | Chapter 13 Bankruptcy<br>Case No. 18-22333-BHL |

| | |
|---|---|
| James Batemon,<br>Plaintiffs, | |
| v. | Adversary Proceeding<br>Case No. 18-02157-BHL |
| City Of Milwaukee,<br>Defendant | |

## STIPULATION RESOLVING ADVERSARY PROCEEDING

The Plaintiff, James Batemon, by his attorneys, Strouse Law Offices, and the Defendant, City of Milwaukee, by Assistant City Attorney Kevin Sullivan, stipulate and agree as follows:

1. That the Plaintiff shall immediately pay the Defendant all amounts due for delinquent real estate taxes owed and expenses incurred during their period of ownership for the real property located at 2852 North 41st Street, Milwaukee, Wisconsin 53210 ("Subject Property").

2. That upon receipt of these funds the Defendant will take all necessary steps to immediately transfer title of the subject property back to the Plaintiff.

Prepared by:
Attorney Paul Strouse
413 N. 2nd Street., Suite 150
Milwaukee, WI 53203
Telephone: (414) 390-0820 & Fax: (414) 220-5115
strouselawoffices@gmail.com

3. That upon receiving proof that title of the subject property has been transferred, the Plaintiff will move to dismiss this Adversary Proceeding.


_____
Attorney Paul Strouse
Strouse Law Offices
Attorney for Plaintiff

10/22/18
Date


_____
Attorney Attorney Kevin Sullivan
City of Milwaukee
Attorney for Defendant

Oct 23, 2018
Date


NO OBJECTION

_____
Scott Lieske
Chapter 13 Trustee

10/24/2018
Date